**WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**
305 Roseberry Street
P.O. Box 800
Phillipsburg, NJ  08865
Phone: (908) 454-3200
Fax: (908) 454-3322
Attorneys for Debtor
AshleyA@wwgrlaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In Re: Virginia Harris-Farrell | : CHAPTER 13 |
|  | : |
|  | : Case No.: 16-12139 (REF) |
|  | : |

**CERTIFICATION OF NO OBJECTION BY SCOTT M. WILHELM, ESQ.**

I, Scott M. Wilhelm, Esq., state:

1. I am an Attorney-at-Law of the Commonwealth of Pennsylvania and am the attorney for the debtor in the above-referenced case. I make this Certification pursuant to L.B.R. 2016, in support of my Application for Compensation.

2. On March 13, 2017, I filed a Notice of Application; an Application for Compensation; Proposed Order; and a Certification of Service with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania. See ECF doc. #37.

3. I served the above-referenced papers on all the Interested Parties. As of this date, I have not received any objection to my papers. Based upon the lack of objection, I request that this Court approve the Application for Compensation.

4. I certify the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are willfully false, I am subject to punishment.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Scott M. Wilhelm
Dated:  March 30, 2017　　　　　　　　　　　　　　Scott M. Wilhelm, Esq.