United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Virginia Harris-Farrell  
      Debtor

Case No. 16-12139-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Cathleen     Page 1 of 1     Date Rcvd: Mar 31, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.  
db         Virginia Harris-Farrell,   444 South Saint Cloud Terrace,   Allentown, PA   18104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:  
        DENISE ELIZABETH CARLON   on behalf of Creditor   HSBC Bank USA et al. bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   HSBC Bank USA et al. bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        SCOTT M. WILHELM   on behalf of Debtor Virginia  Harris-Farrell BarbR@wwgrlaw.com,  
         G27019@notify.cincompass.com  
        THOMAS I. PULEO   on behalf of Creditor   HSBC Bank USA et al. tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA, Inc.  
         mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com  
                                                                                                          TOTAL: 8

WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.
305 Roseberry Street
P.O. Box 800
Phillipsburg, NJ
08865 Phone: (908)
454-3200 Fax: (908)
454-3322 ·
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Virginia Harris-Farrell,

     Debtor

CHAPTER 13
Case No. 16-12139 (REF)

## ORDER APPROVING DEBTOR'S COUNSEL FEE

AND NOW, the Debtor's counsel having filed a Notice of Motion for approval of counsel fees, having attached a Certification of Services, and the Court having had an opportunity to hear from all interested parties, and for good cause shown;

IT IS ORDERED that the Debtor's counsel is entitled to a fee of $2,690.00, for legal services rendered on behalf of the Debtor, of which $1,690.00 has been paid by the Debtor and of which $1,000.00 remains unpaid.

**Date: March 31, 2017**

BY THE COURT

_____
Richard E. Fehling, Bankruptcy Judge