IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: VIRGINIA HARRIS-FARRELL ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 16-12139-REF |
| **Moving Party** ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| VIRGINIA HARRIS-FARRELL ) | HEARING DATE: **11-30-17 at 9:30 AM** |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |
| ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the MOTION FOR STAY RELIEF, and filed on or about December 29, 2017 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: January 2, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE