United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12139-ref
Virginia Harris-Farrell                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet              Page 1 of 1              Date Rcvd: Jan 02, 2018
                              Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
db             Virginia Harris-Farrell,    444 South Saint Cloud Terrace,    Allentown, PA  18104
cr            +Santander Consumer USA, Inc.,    PO Box 560284,    Dallas, TX 75356-0284
cr            +Santander Consumer USA, Inc.,    P.O. Box 961275,    Fort Worth, TX 76161-0275

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 01:02:48     Synchrony Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    HSBC Bank USA et al. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HSBC Bank USA et al. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    HSBC Bank USA et al. bkyefile@rasflaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT M. WILHELM    on behalf of Debtor Virginia  Harris-Farrell AshleyA@wwgrlaw.com,
               G27019@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    HSBC Bank USA et al. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: VIRGINIA HARRIS-FARRELL  ) | |
| **Debtor(s)**  ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC.  ) | CASE NO. 16-12139-REF |
| **Moving Party**  ) | |
| v.  ) | 11 U.S.C. 362 |
| ) | |
| VIRGINIA HARRIS-FARRELL  ) | HEARING DATE: **11-30-17 at 9:30 AM** |
| **Respondent(s)**  ) | |
| ) | |
| FREDERICK L. REIGLE  ) | |
| **Trustee**  ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the MOTION FOR STAY RELIEF, and filed on or about December 29, 2017 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: January 2, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE