**WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**
305 Roseberry Street
P.O. Box 800
Phillipsburg, NJ 08865
Phone - (908) 454-3200
Fax - (908)454-3322
AshleyA@wwgrlaw.com
Attorneys for Debtors

**UNITED STATES BANKRUPTCY C O U R T**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| _____ | **CHAPTER  13**<br>**Case No.  16-12139 (REF)** |
| **In Re:  Virginia Harris-Farrell** |  |
| _____ |  |

**NOTICE OF CONVERSION OF CASE**

PLEASE TAKE NOTICE THAT, the Debtor, Virginia Harris-Farrell, hereby

converts her Chapter 13 case to a Chapter 7 case in accordance with 11 U.S.C. §1307(a)

and L.B.R. 1017(f), effective the date of the filing.

Respectfully Submitted,

/s/: Scott M. Wilhelm, Esq.
Scott M. Wilhelm, Esq.
Attorney for Debtor

Date:  April 19, 2018