IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Virginia Harris-Farrell a/k/a Virginia Elaine Harris-Farrell a/k/a Virginia Farrell,<br>Debtor. | CHAPTER 7<br><br>BANKRUPTCY CASE NUMBER<br>16-12139/REF |
| Nationstar Mortgage LLC as servicer for HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1,<br>    Movant,<br>v.<br>Virginia Harris-Farrell a/k/a Virginia Elaine Harris-Farrell a/k/a Virginia Farrell,<br>    Debtor,<br><br>Michael H. Kaliner, Trustee,<br>    Additional Respondent. | 11 U.S.C. § 362 |

## **O R D E R**

AND NOW, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 444 South Saint Cloud Terrace, Allentown, PA 18104; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

**Date: June 15, 2018**

_____
HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE