United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-12139-ref
Virginia Harris-Farrell                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Jun 15, 2018
                              Form ID: pdf900      Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db              Virginia Harris-Farrell,   444 South Saint Cloud Terrace,   Allentown, PA  18104
cr             +Nationstar Mortgage LLC et al....,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
cr             +Santander Consumer USA, Inc.,   PO Box 560284,   Dallas, TX 75356-0284
cr             +Santander Consumer USA, Inc.,   P.O. Box 961275,   Fort Worth, TX 76161-0275

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 02:14:33     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                  TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
          DENISE ELIZABETH CARLON   on behalf of Creditor   HSBC Bank USA et al. bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   HSBC Bank USA et al. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY   on behalf of Creditor   HSBC Bank USA et al. bkyefile@rasflaw.com
          KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC et al.... pa-bk@logs.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MICHAEL H KALINER   mhkaliner@gmail.com,  pa35@ecfcbis.com
          MICHAEL H KALINER   on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
          SCOTT M. WILHELM   on behalf of Debtor Virginia  Harris-Farrell AshleyA@wwgrlaw.com,
           G27019@notify.cincompass.com
          THOMAS I. PULEO   on behalf of Creditor   HSBC Bank USA et al. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA, Inc.
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Virginia Harris-Farrell a/k/a Virginia Elaine Harris-Farrell a/k/a Virginia Farrell, <br>     Debtor. <br><br> _____ <br><br> Nationstar Mortgage LLC as servicer for HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, <br>     Movant, <br> v. <br> Virginia Harris-Farrell a/k/a Virginia Elaine Harris-Farrell a/k/a Virginia Farrell, <br>     Debtor, <br><br> Michael H. Kaliner, Trustee, <br>    Additional Respondent. | CHAPTER 7 <br><br> BANKRUPTCY CASE NUMBER 16-12139/REF <br><br> 11 U.S.C. § 362 |

## O R D E R

AND NOW, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 444 South Saint Cloud Terrace, Allentown, PA 18104; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

**Date: June 15, 2018**

_____
HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE