United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-12139-ref
Virginia Harris-Farrell                                                       Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 1         Date Rcvd: Jul 18, 2018
                            Form ID: 211             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db              Virginia Harris-Farrell,    444 South Saint Cloud Terrace,    Allentown, PA   18104
cr             +Nationstar Mortgage LLC et al....,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr             +Santander Consumer USA, Inc.,    PO Box 560284,   Dallas, TX 75356-0284
cr             +Santander Consumer USA, Inc.,    P.O. Box 961275,   Fort Worth, TX 76161-0275

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:16:56      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    HSBC Bank USA et al. bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HSBC Bank USA et al. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    HSBC Bank USA et al. bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al.... pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              SCOTT M. WILHELM    on behalf of Debtor Virginia  Harris-Farrell AshleyA@wwgrlaw.com,
               G27019@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    HSBC Bank USA et al. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                              Chapter: 7

    Virginia Harris–Farrell

Debtor(s)                                                                                        Case No: 16–12139–ref

___

*ORDER*

AND NOW, 7/18/18 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 8/1/18 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                             For The Court

                                             Richard E. Fehling

                                             Chief Judge ,United States Bankruptcy Court